BLANCHE B. BROWN, Appellant, et al., Plaintiffs, *v.* MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.

Argued October 5, 1948; decided October 21, 1948.

*Jerome O. Ellis* and *Seymour Kempner* for appellant.
*H. H. Brown* and *Patrick E. Gibbons* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., DESMOND, DYE and FULD, JJ. LEWIS and CONWAY, JJ., dissent upon the ground that there was evidence of negligence and of contributory negligence proper for submission to the jury. Taking no part: THACHER, J.